**Return**

| Case No.: 25-mj-628 | Date and time warrant executed: 11/22/2025 @ 0840 hrs | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of : N/A

Inventory of the property taken and name(s) of any person(s) seized:

* Real time monitoring of device began on 11/22/2025 and ended on 11/24/2025

* Historical data requested received on 11/22/2025 in electronic format.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/24/2025

*Executing officer's signature*

Scott Keller- Superisory Deputy US Marshal
*Printed name and title*